MARTIN ZURADA (STATE BAR NO. 218235)
785 Market Street, 15th Floor
San Francisco, CA 94103
Phone:  (415) 777-4445
Fax:      (415) 778-8123

Attorney for Defendant
PANDA RESTAURANT OF ALAMEDA, JENNY LI and CALVIN HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHI-XIAN REN,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>PANDA RESTAURANT, ERIC TZANG, CINDY TZANG, and DOES 1 - 10,<br><br>　　　　　Defendants. | Case No. C07-02272 BZ<br><br>**MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE & PROPOSED ORDER** |

The parties, plaintiff SHI-XIAN REN, and defendants PANDA RESTAURANT OF ALAMEDA (erroneously sued herein as Panda Restaurant), CALVIN HUANG (erroneously sued herein as Cindy Tzang) and JENNY LI (erroneously sued herein as Eric Tzang), move the Court to continue the Initial Case Management Conference originally scheduled for July 30, 2007 at 4:00 p.m. and now set for August 13, 2007, as follows:

　　1.　　Plaintiff filed this case on April 26, 2007.

　　2.　　The Initial Case Management Conference was originally scheduled for July 30, 2007 at 4:00 p.m.

　　3.　　Defendants were erroneously served under different names on June 21, 2007.

　　4.　　Defendants retained counsel in mid-July 2007.

　　5.　　Counsel for defendants filed an Answer to the Complaint for Damages on July 26, 2007.

　　6.　　It appears that  Defendants are not subject to federal jurisdiction under the Federal Labor Standards Act.

7. I spoke to opposing counsel about lack of federal jurisdiction and continuing the Initial Case Management Conference forward by 60 days. I sent two emails with a stipulated order to continue the Initial Case Management Conference but did not receive any response. Counsel for plaintiff instead filed a motion to continue the Initial Case Management Conference from July 30, 2007 at 4:00 p.m. to August 13, 2007.

7. On August 4, I will be leaving for Europe and will not be back until August 25, 2007. I respectfully request that this court continue the Initial Case Management Conference by 30 days.

Dated: August 3, 2007                                LAW OFFICE OF MARTIN ZURADA

                                                     By:    /s/ Martin Zurada
                                                            Attorney for Defendants
                                                            PANDA RESTAURANT OF
                                                            ALAMEDA, JENNY LI and
                                                            CALVIN HUANG

### [PROPOSED] ORDER

Good Cause Appearing, IT IS HEREBY ORDERED that the Initial Case Management Conference is continued to ____September 17th_____, 2007 at ___4:00_____ a.m./p.m.

Dated:  August 9, 2007                     By:  /s/ Bernard Zimmerman

                                           Hon. Bernard Zimmerman
                                           United States District Judge

*IT IS SO ORDERED — Judge Bernard Zimmerman, United States District Court, Northern District of California*