ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
SHI-XIAN REN

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| SHI-XIAN REN | Case No.: C07-02272 BZ |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE UNTIL EARLY MEDIATION & [PROPOSED] ORDER |
| vs. | |
| PANDA RESTAURANT, ERIC TZANG, CINDY TZANG AND DOES 1-10 | |
| Defendants | |

Parties, through their respective counsel, stipulate to continue the Initial Case Management Conference until early mediation s follows:

1. Plaintiff filed the Complaint on April 26, 2007.

2. Defendants have filed their answer.

3. However, parties are in disagreement whether Defendants are subject to Fair Labor Standards Act, and thus whether this Court has basis to assert subject matter jurisdiction over this case.

4. Despite the differences between the parties, parties agree to mediate the case through the Court's ADR program before any motion is brought to resolve the said disagreement.

STIPULATION TO CONTINUE INITIAL CMC
Ren v, Panada Restaurant ., et al

1                    C07-02272 BZ

1   5.   As such, parties respectfully request that the Court refer this case to the Court

2   sponsored mediation program to be completed within 45 days, and continue the Initial Case

3   Management Conference currently set for September 17, 2007 to November 13, 2007.

4

5   Dated: September 11, 2007        By:   /s/ ADAM WANG
                                           Adam Wang
6                                          Attorney for Plaintiff

7

8   Dated: September 11, 2007        By:   /s/ Martin Zuada
                                           Martin Zurada
9                                          Attorney for Defendants

10

11                              [PROPOSED] ORDER

12  IT IS HEREBY ORDERED that parties shall call court ADR program with 5 days of this

13  order and parties shall complete mediation within __45__ days *if possible*. IT IS FURTHER ORDERED

14  that the Initial Case Management Conference be Continued to November 5, 2007. at 4p m

15  IT IS SO ORDERED.

16

17  Dated: September 12, 2007        [signature]
                                     Bernard Zimmerman
18                                   United States Magistrate Judge

---

STIPULATION TO CONTINUE INITIAL CMC
Ren v. Panada Restaurant., et al

1                                    C07-02272 BZ